UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

CORBIN STALCUP, et al.,

    Plaintiffs,

v.

No. 6:22-CV-019-H

SAFECO INSURANCE COMPANY OF
INDIANA,

    Defendant.

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

On November 14, 2022, United States Magistrate Judge John R. Parker made Findings, Conclusions, and a Recommendation (FCR) in this case. Dkt. No. 12. Judge Parker recommended that the Court grant Safeco's motion to cap attorneys' fees. *Id.* at 4. No objections to the FCR were filed.

Where no specific objections are filed within the 14-day period, the Court reviews the Magistrate Judge's findings, conclusions, and recommendation only for plain error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1417 (5th Cir. 1996), *superseded by statute on other grounds*, 28 U.S.C. § 636(b)(1); *Serrano v. Customs & Border Patrol*, 975 F.3d 488, 502 (5th Cir. 2020). The Court has reviewed the FCR for plain error. Finding none, the Court accepts and adopts the FCR of the Magistrate Judge. Accordingly, Safeco's motion (Dkt. No. 9) is granted. The plaintiffs shall be precluded from being awarded attorneys' fees incurred after June 15, 2022.

So ordered on November 30, 2022.

JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE